# EXHIBIT A

## AMANDA RAE

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | My All | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nowhere Fast | Make Yourself | 278-818 |
| Atlantic Recording Corporation | Lil' Kim | How Many Licks? | The Notorious K.I.M. | 286-624 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| UMG Recordings, Inc. | Dru Hill | These Are The Times | Enter the Dru | 290-402 |
| Elektra Entertainment Group Inc. | Third Eye Blind | How's It Going to Be | Third Eye Blind | 188-673 |
| Motown Record Company, L.P. | Boyz II Men | I'll Make Love to You | II | 196-004 |
| Interscope Records | Wallflowers | Sleepwalker | Breach | 214-646 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |