**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

VIRGIN RECORDS OF AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware Corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY L.P., a California limited partnership; ELEKTRA ENTERTAINMENT GROUP, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and INTERSCOPE RECORDS, a California general partnership,

Plaintiffs,

v.

AMANDA RAE

Defendant.

Civil No.: CA 06-187T

**VOLUNTARY NOTICE OF DISMISSAL**

Now comes the Plaintiff in the above-captioned matter by and through it's attorney, the undersigned James E. O'Neil, Esq., and moves, pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure to voluntarily dismiss the above-captioned matter.

Respectfully Submitted
By the Plaintiff
By and Through It's Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

ENTER
Ernest C. Torres
Chief, U.S. District Judge

DATE 7/5/06